**FILED**

06/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0636

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0636

_____

IN THE MATTER OF THE ESTATE OF

JIMMY LESLIE POSTON,                                    O R D E R

     Deceased.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2022